# 890 CASES REPORTED WITH BRIEF SYLLABI.

LOUIS K. COMSTOCK, as Executor, etc., Respondent, v. EDGAR ELLINGER, Appellant.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

WILLIAM P. BEMENT and Others, as Executors, etc., Appellants, v. ÆTNA LIFE INSURANCE COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

LETA PELL WRIGHT and Others, as Trustees, etc., and Others, Respondents, v. MISSIONARY SOCIETY OF THE MOST HOLY REDEEMER IN THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THE ENDERS SALES COMPANY, Respondent, v. A. C. PENN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JOSEPH RINALDI, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ABRAHAM H. ZEEMAN and Another, Respondents, v. WILLIAM A. FOREMAN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JAY C. COFFEY, Respondent, v. MARY COFFEY, as Executrix, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. (See 176 App. Div. 892.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH GUARANO, Appellant, Indicted with Others.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JACK TREPEL, Respondent, v. THE DEAUVILLE BATHING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.; Clarke, P. J., and Scott, J., dissented.

OTTO KUHL, an Infant, by His Guardian ad Litem, MARY KUHL, Appellant, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

BENJAMIN LEVY, Appellant, v. ALEXANDER B. HALLIDAY, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — CLARKE, P. J., Scott, Page, Davis and Shearn, JJ.

ELY J. RIESER, Appellant, v. CHARLES H. GENUNG, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ELY J. RIESER, Appellant, v. CLARK WILCOX, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HARRY H. DURYEA, Appellant, v. LINDSLEY TAPPIN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.